IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  v.                              CRIMINAL NO. 1:17CR17-03
                                       (Judge Keeley)

**CHARLES BONNER,**

        **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 135),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On May 25, 2017, the defendant, Charles Bonner ("Bonner"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Count Two of the Indictment. After Bonner stated that he understood that the magistrate judge is not a United States District Judge, he consented to tendering his plea before the magistrate judge. Previously, this Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Bonner's statements during the plea hearing and the testimony of Brad Dumire, a fraud investigator with the State of West Virginia, the magistrate judge found that an independent factual basis for the plea existed, that Bonner was competent to

**USA v. BONNER**                                                     **1:17CR17-03**

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 135), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. On May 26, 2017, the magistrate judge entered a Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 135) finding a factual basis for the plea and recommending that this Court accept Bonner's plea of guilty to Count Two of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Bonner's guilty plea, and **ADJUGES** him **GUILTY** of the crime charged in Count Two of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

**USA v. BONNER**                                                                **1:17CR17-03**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 135), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer shall undertake a presentence investigation of Bonner, and prepare a presentence report for the Court;

2. The Government and Bonner shall provide their versions of the offense to the probation officer by **June 19, 2017**;

3. The presentence report shall be disclosed to Bonner, defense counsel, and the United States on or before **August 18, 2017**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **September 1, 2017;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **September 11, 2017**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the

**USA v. BONNER**                                                    **1:17CR17-03**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 135), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

factual basis from the statements or motions, on or before **September 18, 2017.**

    The magistrate judge continued Bonner on bond pursuant to the Order Setting Conditions of Release (dkt. no. 33) entered on March 29, 2017.

    The Court will conduct the sentencing hearing for the defendant on **Wednesday, October 4, 2017** at **1:00 P.M.** at the **Clarksburg, West Virginia** point of holding court.

    It is so **ORDERED**.

    The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: June 12, 2017

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE